# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2020

158201(48)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BRENDAN BOMAN,
      Plaintiff-Appellant,

v

CATHOLIC DIOCESE OF GRAND RAPIDS,
d/b/a GRAND RAPIDS SECONDARY SCHOOL,
TOM MAJ, GREG DEJA, and KYLE SHELTON,
      Defendants-Appellees,

and

ABIGAIL SIMON,
      Defendant.

SC: 158201
COA: 338458
Kent CC: 15-010779-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's April 7, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



a0720

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2020



Clerk